UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

_____

| | |
|---|---|
| LARRY FALLER, DALE AESCHMELLER, et al; | Case No. 4:09-cv-4082 |
| Plaintiffs, | |
| vs. | **MOTION TO AMEND COMPLAINT** |
| SOUTH DAKOTA BOARD OF PARDONS AND PAROLE | |
| Defendant. | |

Comes now the attorney for the Plaintiffs and requests the Court for permission to amend the original Complaint. Proposed Amended Complaint is attached.

Dated this 9th Day of September, 2009.

    /s/ *Jonathan M. Edwards*   (filed electronically)
Jonathan M Edwards, Attorney at Law
Attorney for the Plaintiffs
112 Marie Avenue
North Sioux City, SD 57049
PH:  605.741.5040
Fax: 605.741.0647
edwardslaw@live.com

**CERTIFICATE OF SERVICE**

    I, Jonathan M Edwards, hereby certify that on the 8th day of September, 2009, I electronically filed the foregoing Motion to Amend Complaint with the Clerk of Court using the DM/ECF system, which notifies the State Attorney General and the Board of Parole and Pardons.

    /s/ *Jonathan M. Edwards*   (filed electronically)
Jonathan M Edwards, Attorney at Law